Per Curiam.

---

James Armstrong and William Armstrong, by their next friend, William L. Ligat, Plaintiffs in Error, v. Seaboard Air Line Railway Company, a Corporation, Defendant in Error.

(Supreme Court of Florida, Division A, June 12, 1905.)

Writ of Error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

*Macfarlane & Glen*, for Plaintiffs in Error.

*Geo. P. Raney* and *P. O. Knight*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant and the plaintiffs take writ of error. The judgment is affirmed.

Decision Per Curiam.